June 16, 2006

Mr. Clinard J. Hanby
7 Switchbud Place, Suite 192
The Woodlands, TX 77380-3707

Mr. Jim Hund
Hund & Harriger, LLP
P. O. Box 54390
Lubbock, TX 79453-4390
Ms. Sharon S. McCally
Storey Moore & McCally, P.C.
1005 Heights Blvd.
Houston, TX 77008

RE: Case Number: 04-0128
 Court of Appeals Number: 07-03-00189-CV
 Trial Court Number: 6913

Style: JAMES GUEST AND ANITA GUEST
 v.
 AUSTIN L. DIXON, M.D.

Dear Counsel:

 Today the Supreme Court of Texas (Justice Johnson not sitting)
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Peggy Culp|
| | |
| |Ms. Elaine |
| |Parker |